No. 334.   GORDON, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE, *v.* HEIKKINEN.   C. A. 8th Cir.   Certiorari granted.   *Solicitor General Perlman* for petitioner.

No. 300, Misc.   UNITED STATES EX REL. SMITH *v.* BALDI, SUPERINTENDENT.   C. A. 3d Cir.   Certiorari granted.   *Thomas D. McBride* for petitioner.

No. 333, Misc.   BROWN *v.* ALLEN, WARDEN.   C. A. 4th Cir.   Certiorari granted.   *Herman L. Taylor* for petitioner.   *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 508.   ALBO TRADING CORP. *v.* UNITED STATES. Court of Claims.   Certiorari denied.   *Horace S. Whitman* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 509.   VOLK *v.* UNITED STATES.   Court of Claims. Certiorari denied.   *Horace S. Whitman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 538.   GREGORY ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD CO. ET AL.   C. A. 6th Cir.   Certiorari denied. *Solicitor General Perlman* for petitioners.   *C. S. Landrum* and *H. T. Lively* for the Louisville & Nashville Railroad